UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| KEITH LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:12-cv-14- SEB-WGH |
| vs. ) | |
| ) | |
| GROTE INDUSTRIES, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The parties have reported a settlement. It is therefore ORDERED that all dates and deadlines previously established are vacated. Any pending motions are denied as moot.

The parties are ORDERED to finalize their agreement and file the appropriate documents to resolve this cause with the Clerk of the Court on or before November 30, 2012. The failure to do so will result in a DISMISSAL WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b). Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

IT IS SO ORDERED.

Date: 10/09/2012

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record