UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| KEITH LEWIS, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter Defendant, | ) | |
| | ) | |
| v. | ) | 4:12-cv-14-SEB-WGH |
| | ) | |
| GROTE INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendant and | ) | |
| Counter Claimant. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
SETTLEMENT CONFERENCE**

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, in New Albany, Indiana, at 10:00 a.m., on October 8, 2012, for a conference under Rule 16, Federal Rules of Civil Procedure. The parties were present and represented by counsel.

The parties entered into settlement negotiations and have reached an agreement, in principle, to resolve this matter. Thereupon the following **ORDER** is entered:

A **TELEPHONIC STATUS CONFERENCE** is set for **WEDNESDAY, OCTOBER 24, 2012,** at 1:30 p.m., New Albany time (EDT), before the

Magistrate Judge. Each counsel wishing to participate in this conference shall individually place a call to (317) 229-3960 at the time of the conference.[1]

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** October 15, 2012

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Copies to:**

Spiro Bereveskos
WOODARD EMHARDT MORIARTY MCNETT & HENRY, LLP
judy@uspatent.com

Quentin Gareth Cantrell
WOODARD EMHARDT NAUGHTON MORIARTY & MCNETT
qcantrell@uspatent.com

Robert Herman Eichenberger
MIDDLETON & REUTLINGER
rhe@middletonlaw.com

Jennifer Lynn Fitzgerald
Freeborn & Peters
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

---

[1] This is the court's bridge line. The first person to call the number will hear a tone and then dead air. As each additional person calls the number, they will hear a tone and then will be able to talk to all other persons who have previously connected to the conference call.

Paul C. Gibbons
NIRO SCAVONE HALLER & NIRO
gibbons@nshn.com

Ashley E. Lavalley
NIRO HALLER & NIRO
alavalley@nshn.com

Daniel James Lueders
WOODARD EMHARDT MORIARTY MCNETT & HENRY, LLP
lueders@uspatent.com

Raymond P. Niro
NIRO SCAVONE HALLER & NIRO
rniro@nshn.com