IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| KEITH LEWIS | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 4:12:cv0014-SEB-WGH |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| GROTE INDUSTRIES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF**
**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Keith Lewis and Defendant Grote Industries, LLC jointly move this Court to enter the Stipulated Order of Dismissal With Prejudice that is submitted with this motion.

Mr. Lewis and Grote therefore respectfully ask this Court to enter the attached order and dismiss this case with prejudice.

Dated: January, 3, 2013                                                         Respectfully submitted,

/s/Daniel J. Lueders                                         /s/Paul C. Gibbons
lueders@uspatent.com                                    Paul C. Gibbons
Woodard, Emhardt, Moriarty McNett & Henry LLP    Niro, Haller & Niro
111 Monument Circle, Ste. 3700                    181 W. Madison St.
Indianapolis, IN 46204-5137                         Suite 4600
Phone: 317-634-3456                                    Chicago, IL 60602
Fax: 317-637-7561                                         Phone: 312-236-0733
                                                                      gibbons@nshn.com

*Attorneys for Defendant*                             *Attorney for Plaintiff*
*Grote Industries, LLC*                                 *Keith Lewis*

#903103

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2013, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Paul C. Gibbons
gibbons@nshn.com
(312) 236-0733
Raymond P. Niro
Ashley E. Lavalley
Niro Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602

Robert H. Eichenberger
reichenberger@middletonlaw.com
(502) 584-1135
Middleton Reutlinger
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202

                                                              /s/Daniel J. Lueders
                                                              Daniel J. Lueders